UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN CONTRERAS,<br><br>    Petitioner,<br><br>    v.<br><br>NAPA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | Case No. 25-cv-07733-TLT<br><br>**ORDER OF DISMISSAL**<br><br>Related Case: 25-cv-7442 |

Julian Contreras filed a document purporting to be a petition for a writ of habeas corpus from Napa County jail. He alleges that the new Napa County Department of Corrections is not up to the standards required by the Americans with Disabilities Act of 1990, as well as other building codes and regulations. He suggests that he requires a wheelchair and access to an electrical outlet for his C-PAP machine for his sleep apnea. Such a claim, if cognizable at all, must be brought in a civil rights action pursuant to 42 U.S.C. Section 1983. Contreras already has an open section 1983 case in front of this Court, Case No. 25-cv-7442, addressing his need for his C-PAP machine and sleep apnea treatment. He may ask to file an amended complaint in that case to add any additional claims related to his sleep apnea.

This case is dismissed. The clerk shall enter a separate judgment and close this case.

**IT IS SO ORDERED.**

Dated: September 26, 2025

TRINA L. THOMPSON
United States District Judge